IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-283-RJC-DCK

| | |
|---|---|
| MARIA THERESA NANTEZA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| QATAR AIRWAYS Q.C.S.C., and JANE DOE, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) filed by Mica Nguyen Worthy, concerning Andrew J. Harakas, on August 18, 2021. Andrew J. Harakas seeks to appear as counsel *pro hac vice* for Defendant Qatar Airways. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) is **GRANTED**. Andrew J. Harakas is hereby admitted *pro hac vice* to represent Defendant Qatar Airways.

**SO ORDERED**.

Signed: August 18, 2021

David C. Keesler
United States Magistrate Judge