IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-283-RJC-DCK

| MARIA THERESA NANTEZA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER |
| QATAR AIRWAYS Q.C.S.C., and JANE DOE | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Stay Further Proceedings And Discovery By Defendant Qatar Airways Q.C.S.C." (Document No. 15) filed October 1, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

By the instant motion, Defendant Qatar Airways seeks a stay of this matter pending resolution of its pending "…Motion To Dismiss" (Document No. 12). Noting Plaintiff's consent, and that the Court anticipated this request, the undersigned finds good cause to allow the motion. See (Document No. 11, pp. 1-2, n.1).

**IT IS, THEREFORE, ORDERED** that the "Motion To Stay Further Proceedings And Discovery By Defendant Qatar Airways Q.C.S.C." (Document No. 15) is **GRANTED**. This matter is **STAYED** pending resolution of "Defendant Qatar Airways Q.C.S.C.'s Motion To Dismiss" (Document No. 12).

**SO ORDERED**.

Signed: October 1, 2021

David C. Keesler
United States Magistrate Judge