# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:21-CV-283-RJC-DCK

| | |
|---|---|
| **MARIA THERESA NANTEZA**, individually and as lawful guardian ad litem of Minor Child S.M., | )<br>)<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **ORDER**<br>) |
| **QATAR AIRWAYS Q.C.S.C., and JANE DOE,** | )<br>)<br>)<br>) |
| **Defendants.** | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Stay All Proceedings" (Document No. 30) filed January 14, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Stay All Proceedings" (Document No. 30) is **GRANTED**. The deadlines in this case are hereby **STAYED**, pending further order of the Court.

**SO ORDERED**.

Signed: January 14, 2022

_David C. Keesler_
United States Magistrate Judge